IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:21-CV-00010-M

| | |
|---|---|
| VICKI ANN MILLER, | ) |
| Plaintiff, | ) |
| v. | )  ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

This matter is before the court on Plaintiff's Motion for Judgment on the Pleadings [DE 18] and Defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). [DE 22]. Under sentence four of 42 U.S.C. § 405(g), the district court has the authority to remand a case to the Commissioner of Social Security for further fact finding. 42 U.S.C. § 405(g); *Sullivan v. Finkelstein*, 496 U.S. 617, 624–25 (1990). Sentence four of § 405(g) states "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g).

For good cause shown, Defendant's motion is GRANTED. The court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings consistent with this order. *See Shalala v. Schaefer*, 509 U.S. 292, 296–97 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991) ("The fourth sentence of § 405(g) authorizes a court to enter 'a judgment affirming, modifying, or reversing the

decision of the Secretary, with or without remanding the cause for a rehearing.'"). In light of this order, Plaintiff's motion is DENIED AS MOOT.

The Clerk of the Court shall enter a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and close this case.

SO ORDERED this 3d day of December, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2